JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Evanston Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Southridge Property Owners Association of Palm Spring, Inc.<br><br>Defendant. | Case No.<br>EDCV 19-226-JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiff's Complaint is dismissed without leave to amend and this action is dismissed without prejudice.

Dated: May 29, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge